1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

**CHARLES SIMPSON,**

11

Plaintiff,

12

v.

13

**PEOPLE OF THE STATE OF CALIFORNIA,**

14

15

Defendant.

16

1:14-cv-00974 MJS HC

**ORDER TO SHOW CAUSE WHY PETITION SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH COURT ORDER**

17
18

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas

19

corpus pursuant to 28 U.S.C. § 2254.

20

Petitioner filed the petition on June 23, 2014. On July 1, 2014, the Court issued

21

an order explaining that Petitioner had not sufficiently pled the claims in the petition.

22

(ECF No. 5.) The Court gave Plaintiff leave to file an amended petition within thirty (30)

23

days of the date of service of the order. (Id.)   Petitioner did not file an amended

24

complaint.

25

Local Rule 110 provides that "failure of counsel or of a party to comply with these

26

Rules or with any order of the Court may be grounds for imposition by the Court of any

27

and all sanctions . . . within the inherent power of the Court."  District courts have the

28

inherent power to control their dockets and "in the exercise of that power, they may

1

impose sanctions including, where appropriate . . . dismissal of a case." Thompson v. Housing Auth., 782 F.2d 829, 831 (9th Cir. 1986).  A court may dismiss an action based on a party's failure to prosecute an action, failure to obey a court order, or failure to comply with local rules.  See, e.g., Ghazali v. Moran, 46 F.3d 52, 53-54 (9th Cir. 1995) (dismissal for noncompliance with local rule); Ferdik v. Bonzelet, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (dismissal for failure to comply with an order requiring amendment of complaint); Henderson v. Duncan, 779 F.2d 1421, 1424 (9th Cir. 1986) (dismissal for lack of prosecution and failure to comply with local rules).

Plaintiff has not responded to the Court's July 1, 2014 Order. (ECF No. 5.) Nevertheless, Plaintiff shall be given one final opportunity to file, no later than September 15, 2014, an amended petition or show cause by that date why his case should not be dismissed for failure to comply with a court order. Failure to respond by this deadline will result in dismissal of this action.

IT IS SO ORDERED.

Dated:   August 13, 2014        /s/ *Michael J. Seng*

UNITED STATES MAGISTRATE JUDGE